IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMANDA BRADY SUMMEY,

       Plaintiff,

v.                                     CIVIL NO. 3:10-CV-00749-JRS

EQUIFAX INFORMATION SERVICES, LLC., et al

       Defendants.

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, AMANDA BRADY SUMMEY and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by their respective counsel, and moved the Court to dismiss with prejudice all claims in the above-styled action as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint by and hereby is DISMISSED with prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 31 day of March, 2011.

                                                               /s/
                                           James R. Spencer
                                           Chief United States District Judge

WE ASK FOR THIS:

_____
LEONARD A. BENNETT, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com



RECEIVED
MAR 28 2011

/s/
_____
DAVID NEAL ANTHONY (VSB No. 31696)
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com